**Motion Granted; Order filed June 24, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00104-CR
NO. 14-14-00105-CR
NO. 14-14-00106-CR

_____

**GEORGE WILHELM VOGEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court
Montgomery County, Texas
Trial Court Cause No. 13-04-04450 CR**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant has made known to this court his desire to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).

Accordingly, we hereby direct the Judge of the 359th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **July 9, 2014;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM